IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /// _____ D.C.

05 OCT 17 PM 4:20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>     Plaintiff,                   )<br>                                  )<br>v.                                )<br>                                  )<br>RAYFORD EUGENE BURNS,             )<br>                                  )<br>     Defendant.                   )<br>                                  ) | No. 04-20271 Ml |

### ORDER CONTINUING SENTENCING

The sentencing in this matter is hereby continued to <u>Friday, January 6, 2006, at 9:00 a.m.</u> (from November 8, 2005).

SO ORDERED this  17  day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CR-20271 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT